# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ANTONIO ENRIQUE PIRRUCCIO, and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br>vs.<br><br>CHAMPION WELDING SERVICES, LLC.,<br>VICTOR DAVID TUCKLER,<br><br>        Defendants. | CASE NO: 18-cv-23650-Cooke/Goodman |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
CHAMPION WELDING SERVICES, LLC
Registered Agent: VICTOR DAVID TUCKLER
7801 W 36TH AVE UNIT 203
UNIT 203
HIALEAH, FL 33018



A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        J.H. Zidell, Esq.
                J.H. Zidell P.A.
           300 71ST Street, Suite 605
           Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Sep 7, 2018

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts



Civil Action No. 18-23650

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Champion Welding Services LLC

was received by me on *(date)* 9/7/18.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mrs Torres wife of O/O , who is designated by law to accept service of process on behalf of *(name of organization)* Champion Welding Services LLC on *(date)* 9/11/18 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 20 for travel and $ 20 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 9/14/18

Server's signature

Frank Ayllon

Printed name and title

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO: 18-cv-23650-Cooke/Goodman

ANTONIO ENRIQUE PIRRUCCIO, and all )
others similarly situated under 29 U.S.C. )
216(b), )
       Plaintiff, )
vs. )
 )
CHAMPION WELDING SERVICES, LLC., )
VICTOR DAVID TUCKLER, )
 )
       Defendants. )
 )



SERVED
DATE 9/11/18
TIME
CER#

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
VICTOR DAVID TUCKLER
7801 W 36TH AVE UNIT 203
UNIT 203
HIALEAH, FL 33018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____
Sep 7, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-23652

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vizka G AVG Trucking
was received by me on *(date)* 9/3/18.

☐ I personally served the summons on the individual at *(place)*
   _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Mr. Tuesday,
   a person of suitable age and discretion who resides there,
   (wife)
   on *(date)* 9/11/17, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 12 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/11/17

_Server's signature_

Frank Avilon
_Printed name and title_

Beaujillain Fn
_Server's address_

Additional information regarding attempted service, etc: